UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK  Attorney: WILLIAM CAFARO, ESQ. 1850

| | |
|---|---|
| JORGE CACERES<br><br>　　　　　　　　　　　　　　　　　Plaintiff(s)<br><br>- against -<br><br><br>LITTLENECK GROUP LLC AND AARON LEFKOVE<br><br>　　　　　　　　　　　　　　　　　Defendant(s) | Index #: 16-CV-938 NGG-PK<br><br>Purchased: February 25, 2016<br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DENISE LEWIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 3, 2016 at 02:45 PM at

288 THIRD AVENUE
BROOKLYN, NY 11215

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on LITTLENECK GROUP LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY** by delivering thereat a true copy of each to MR. JAKE personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 40 | 5'6 | 160 |
| BEARD | | | | | |

Sworn to me on: March 4, 2016

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

Gotham Process Inc.
299 Broadway
New York NY 10007

**DENISE LEWIS**
License #: 2006009
Docket #:　　*979423*