| | |
|---|---|
| JORGE CACERES<br><br>Plaintiff(s)<br><br>- against -<br><br>LITTLENECK GROUP LLC AND AARON LEFKOVE<br><br>Defendant(s) | Index #: 16-CV-938 NGG-PK<br><br>Purchased: February 25, 2016<br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DENISE LEWIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 3, 2016 at 02:45 PM at

LITTLENECK GROUP LLC
288 THIRD AVENUE
BROOKLYN, NY 11215



deponent served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on AARON LEFKOVE, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to MR. JAKE a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. He identified himself as the CO-WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 40 | 5'6 | 160 |

BEARD

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

LITTLENECK GROUP LLC
288 THIRD AVENUE
BROOKLYN, NY 11215

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 4, 2016 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: March 4, 2016

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2018 | Robin Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2017 | Gotham Process Inc.<br>299 Broadway<br>New York NY 10007 | **DENISE LEWIS**<br>License #: 2006009<br>Docket #: *979424* |